602

396 A.2d 818

Commonwealth, Appellant, v. Bernardi.

Argued October 24, 1978.
Charles W. Johns, Assistant District Attorney, for Commonwealth, appellant; P. Andrew Diamond, for appellee.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Order affirmed.

396 A.2d 819

Commonwealth v. Biggs, Appellant.
Reargument Denied April 3, 1979.

Argued October 23, 1978. Richard J. Catalano, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order and judgment of sentence affirmed.